**No. 59232.**—Zaloom Bros. Co., Transferee, and Hensel Bruckman & Lorbacher, Inc. *v.* United States, protest 252685–K (New York).

Opinion by JOHNSON, J. It was stipulated that the merchandise consists of 223 bags of shelled filberts assessed on a dutiable net weight of 43,378 pounds and that the correct dutiable net weight was 42,895 pounds. In accordance with stipulation of counsel, the collector was directed to reliquidate the entry on the basis of 42,895 pounds and to refund all duties taken in excess.